IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARTLEY S. BACKUS,

    Plaintiff,                            No. CIV S12-0046 MCE GGH PS

    vs.

PLACER COUNTY, et al.,

    Defendants.                           ORDER

_____/

        On May 30, 2012, plaintiff filed an amended motion to compel discovery. Because defendants' motion to dismiss is currently pending before the court, plaintiff's motion will be vacated pending a ruling on the motion to dismiss. Should the motion to dismiss be denied, plaintiff may re-notice his motion to compel.

        Accordingly, IT IS ORDERED that: Plaintiff's amended motion to compel, filed May 30, 2012, (dkt. no. 22), and noticed for hearing on June 21, 2012, is vacated without prejudice from the calendar for June 21, 2012.

DATED: May 31, 2012

                             /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH:076:Backus0046.vac2.wpd