IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARTLEY S. BACKUS,

      Plaintiff,                            No. CIV S12-0046 MCE GGH PS

   vs.

PLACER COUNTY, et al.,

      Defendants.                         ORDER

_____/

        On May 31, 2012, plaintiff filed a motion for protective order to prevent illegal activity against him, and to stop "illegal use of the cell phone system or designated security or monitoring systems, ... by directing or broadcasting weapons of invisible warfare being sound RF wave microwave or laser" at him.  Because defendants' motion to dismiss is currently pending before the court, plaintiff's motion will be vacated pending a ruling on the motion to dismiss.

        This is the fifth motion filed by plaintiff since the court took the motion to dismiss under submission.  Therefore, plaintiff is advised that he shall not file any further motions until a ruling on the motion to dismiss.  Failure to comply with this order will result in a striking of the disallowed motion, and possible sanctions.

\\\\\

\\\\\

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for protective order, filed May 31, 2012, (dkt. no. 24), and noticed for hearing on June 21, 2012, is vacated without prejudice from the calendar for June 21, 2012.

2. Any further motions filed by plaintiff prior to the determination of defendants' motion to dismiss, shall be stricken.

DATED: June 4, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Backus0046.vac3.wpd